UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                      ORDER
       v.                         :
                                      08 Cr. 557 (SAS)
FALIKOU KONE,                     :
     a/k/a "Ben,"
                                  :
            Defendant.
                                  :
- - - - - - - - - - - - - - - - x

SHIRA A. SCHEINDLIN, District Judge:

       Upon the application of the United States of America, by and through Assistant United States Attorney Edward Y. Kim, and with the consent of the defendant, FALIKOU KONE, by and through his counsel, Mark Gombiner, Esq., it is hereby ORDERED that the time between June 19, 2008, and the date of the arraignment scheduled in this matter, June 25, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow counsel for the defendant to meet with his client and attend the arraignment.

       SO ORDERED.

Dated:   New York, New York
         June 20, 2008

                                      _____
                                      HON. SHIRA A. SCHEINDLIN
                                      United States District Judge