UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    v.                              :     ORDER

FALIKOU KONE,                     :     08 Cr. 557 (SAS)
    a/k/a "Ben,"
                                  :
        Defendant.
                                  :
- - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

SHIRA A. SCHEINDLIN, District Judge:

       Upon the application of the United States of America, by and through Assistant United States Attorney Edward Y. Kim, and with the consent of the defendant, FALIKOU KONE, by and through his counsel, Mark Gombiner, Esq., it is hereby ORDERED that the time between June 27, 2008, and the date of the initial pre-trial conference scheduled in this matter, July 10, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow counsel for the defendant to meet with his client in preparation for discussions with the Government regarding a potential disposition of the case.

       SO ORDERED.

Dated:   New York, New York
         June 30, 2008

                                                   _____
                                                   HON. SHIRA A. SCHEINDLIN
                                                   United States District Judge