```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    v.                              :     ORDER

FALIKOU KONE,                     :     08 Cr. 557 (SAS)
    a/k/a "Ben,"
                                  :
        Defendant.
                                  :
- - - - - - - - - - - - - - - - x

SHIRA A. SCHEINDLIN, District Judge:

      Upon the application of the United States of America, by and through Assistant United States Attorney Edward Y. Kim, and with the consent of the defendant, FALIKOU KONE, by and through his counsel, Mark Gombiner, Esq., it is hereby ORDERED that the time between July 10, 2008, and the date of the initial pre-trial conference scheduled in this matter, July 17, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow time for discussions with the Government regarding a potential disposition of the case.

      SO ORDERED.

Dated:  New York, New York
        July 14, 2008

                                             HON. SHIRA A. SCHEINDLIN
                                             United States District Judge