UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | NOTICE OF MOTION TO SUPPRESS PHYSICAL EVIDENCE |
| - against | : | |
| FALIKOU KONE, | : | 08 CR 557 (SAS) |
| Defendant. | : | |

------------------------------------------------------X

SIR OR MADAM:

**PLEASE TAKE NOTICE** that upon the annexed Declaration of FALIKOU KONE and the annexed Memorandum of Law and Fact, the undersigned will move this Court, before the Honorable Shira A. Scheindlin at the United States Courthouse, 500 Pearl Street, New York, New York, on September 29, 2008, or as soon thereafter as counsel may be heard, for an ORDER suppressing physical evidence seized from the defendant pursuant to Rule 12 of the Federal Rules of Criminal Procedure, on the grounds that the evidence was obtained in violation of the defendant's rights under the United States Constitution, or, in the alternative, granting a hearing on the motion, and granting such other and further relief as appears just and proper.

Dated: New York, New York
       August 21, 2008

                                        Respectfully submitted,

                                        LEONARD F. JOY, ESQ.
                                        The Legal Aid Society

                        By:             _____
                                        **MARK B. GOMBINER, ESQ.**
                                        Attorney for Defendant
                                          FALIKOU KONE
                                        52 Duane Street - 10th Floor
                                        New York, New York 10007
                                        Tel.: (212) 417-8718

To:   MICHAEL GARCIA. ESQ.
      United States Attorney
      Southern District of New York
      One St. Andrew's Plaza
      New York, New York 10007
      Attn.: **EDWARD KIM, ESQ.**
             Assistant United States Attorney